# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

The Fitness Group, Inc.

                          Plaintiff,

v.                                               Case No.: 1:19−cv−04688
                                                     Honorable Thomas M. Durkin

Philadelphia Indemnity Insurance Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:On joint request from counsel, this action is dismissed without prejudice with leave to move to reinstate on or before 10/16/2019. Absent a timely filed motion to reinstate or to extend the time in which to reinstate, this dismissal order will become final with prejudice on 10/17/2019 without further order of the Court. The 9/23/2019 status hearing is vacated.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.